# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3591

_____

| | | |
|---|---|---|
| Diana Oswald, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| Kenneth S. Apfel, Commissioner of | * | [UNPUBLISHED] |
| Social Security Commission, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 13, 2000
Filed: April 24, 2000

_____

Before BOWMAN, MAGILL, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Diana L. Oswald appeals from the affirmance by the District Court[1] of the Commissioner's denial of her claim for disability benefits. The Administrative Law Judge ("ALJ") determined that Oswald had the residual functional capacity to return to her former work as a receptionist and thus was not disabled. Oswald challenges that determination.

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

Having considered the briefs and record, we conclude that the Commissioner's decision is supported by substantial evidence on the record as a whole. We are satisfied that the ALJ did not err in assessing Oswald's subjective complaints of pain, in making a vocational assessment, or in rejecting the opinion of her treating physician. Accordingly, the decision denying Oswald disability insurance benefits and supplemental security income is AFFIRMED. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.